IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RR., II, et al | ) | Case No: 17 C 1954 |
| v. | ) | Judge: Thomas M. Durkin |
| Abbott Laboratories, Inc. | ) | |

## ORDER

Plaintiff's motion to substitute is granted. [33] The Clerk is hereby directed to substitute Reginald Richburg, II for Gloria Wright as the plaintiff in this matter.

Date: 3/29/2017 /s/ Thomas M. Durkin